# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J. WHITFIELD LARRABEE** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:25–CV–10947–NMG** |
| **DONALD J. TRUMP, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Whitfield Larrabee, Attorney at Law
14 Searle Avenue
Brookline, MA 02445

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Christina McDonagh**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025–04–15 17:35:46, Clerk USDC DMA

Civil Action No.: **1:25−CV−10947−NMG**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : *I served defendant Donald J. Trump by certified mail as described below and as permitted by Fed. R. Civ. Procedure 4(i).*

My fees are $ __−0−__ for travel and $ __−0−__ for services, for a total of $ __−0−__ .

I declare under penalty of perjury that this information is true.

4-17-~~~~ 2025
_____
Date

~Susan J. Larrabee~
_____
*Server's Signature*
Susan F. Larrabee
_____
*Printed name and title*

14 Searle Avenue
Brookline, MA  02445
_____
*Server's Address*

Additional information regarding attempted service, etc:

I, Susan Larrabee, am over the age of 18 and am not a party to this case. On April 17, 2025, I served process on Donald J. Trump, President of the United States, by sending a copy of the summons and complaint by certified mail to the civil-process clerk at the United States attorney's office, 1 Courthouse Way, Suite 9200, Boston, MA 02110 and also by sending a copy of the same by certified mail to Attorney General Pam Bondi, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 205310-0001.