UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J. WHITFIELD LARRABEE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *President of the United States in his official capacity*, et al,<br><br>Defendants. | Case No. 25-cv-10947-NMG |

## JOINT RECOMMENDATION FOR SCHEDULING ORDER

In light of the Court's October 2, 2025 electronic order staying Defendants' deadline to respond to the amended complaint, and the November 13, 2025 restoration of appropriations to the Department of Justice, Plaintiff and Defendants respectfully request that the Court lift the stay and adopt the following scheduling order.

1. Defendants' deadline to respond to the amended complaint is December 22, 2025.

2. Plaintiff's deadline to respond to any motion to dismiss is January 21, 2026.

Respectfully submitted,

Dated: November 24, 2025

PLAINTIFF

*/s/ J. Whitfield Larrabee*
J. Whitfield Larrabee
Attorney at Law
251 Harvard Street
Brookline, MA 02445
617-566-3670
jw.larrabee@verizon.net

DEFENDANTS
By their counsel,

LEAH B. FOLEY
United States Attorney

*/s/ Michael L. Fitzgerald*
Michael L. Fitzgerald
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210

*Treated as a motion and Motion allowed.*

*NMGorton, SUSDJ 11/26/2025*